# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYCEE GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-09510-MRW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: November 1, 2021

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Young Cho*
   _____
4  Young Cho
   Attorney for plaintiff Kaycee Garcia